DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
SUSAN J. KAWALA, State Bar #178612
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:   (415) 554-3827
Facsimile:    (415) 554-3837
E-Mail:        susan.kawala@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARIMAR CORNEJO, JAMIL BEY, | Case No. 17-CV-4664 CRB |
|---|---|
| Plaintiffs, | **DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT FOR LACK OF JURISDICTION, OR IN THE ALTERNATIVE, TO DISMISS FOR FAILURE TO STATE A CLAIM** |
| vs. | |
| TERESA MORAN individually, CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation, AUTO RETURN, an unknown corporation, | |
| Defendants. | Hearing Date:  December 8, 2017<br>Time:          10:00 a.m.<br>Place:         USDC Ctr 6, 17th Floor<br>                    San Francisco, CA |
| | Trial Date:    Not set |

# NOTICE OF MOTION

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

**THIS AMENDED NOTICE IS HEREBY GIVEN** that on December 8, 2017, at 10:00 a.m. in Courtroom 6 of the United States District Court, located at 450 Golden Gate Avenue, San Francisco, Defendant City and County of San Francisco will appear, through counsel Deputy City Attorney Susan J. Kawala and will move, and hereby does move, **to dismiss the Complaint in its**

**entirety as to all defendants pursuant to Federal Rules of Civil Procedure, Rule 12(b)(1) and, in the alternative, Rule 12(b)(6). Please note that Defendant Theresa Moran was not properly served and is not making a personal appearance by way of this Motion to Dismiss filed by Defendant CCSF.**

This motion is made on the following grounds: Plaintiff's complaint fails to allege facts sufficient to state cognizable federal claims that would confer subject matter jurisdiction. Even if the Court exercises jurisdiction, Plaintiff fails to plead a statutory basis for his first, second, seventh and eighth causes of action.

This motion will be based on this Notice, the previously filed Memorandum of Points and Authorities (ECF No. 16), the complete file in this case, and any matters that may be brought to the Court's attention by counsel.

Dated: October 26, 2017

        DENNIS J. HERRERA
        City Attorney
        CHERYL ADAMS
        Chief Trial Deputy
        SUSAN J. KAWALA
        Deputy City Attorneys

By: */s/ Susan J. Kawala*
        SUSAN J. KAWALA

        Attorneys for Defendant
        CITY AND COUNTY OF SAN FRANCISCO,

CCSF Notice and Motion to Dismiss    2    n:\lit\li2017\180339\01230103.docx
17-cv-4664

# PROOF OF SERVICE

I, COLLEEN M. GARRETT, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On October 26, 2017, I served the following document(s):

**DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S AMENDED NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT FOR LACK OF JURISDICTION, OR IN THE ALTERNATIVE, TO DISMISS FOR FAILURE TO STATE A CLAIM**

on the following persons at the locations specified:

**Marimar Cornejo & Jamil Bey**
**P. O. Box 190274**
**San Francisco, CA 94119**
**Tel: (510) 285-7930**
*Pro Se Plaintiffs*

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed October 26, 2017, at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　*/s/  Colleen M. Garrett*
　　　　　　　　　　　　　　　　　　　　　　**COLLEEN M. GARRETT**