IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIMAR CORNEJO, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>TERESA MORAN, et al.,<br><br>Defendants. | Case No. 17-cv-04664-CRB<br><br>**ORDER GRANTING MOTION TO AMEND JUDGMENT** |

Plaintiffs move under Federal Rule of Civil Procedure 59(e) to amend the Court's judgment against them. For the reasons stated in the order filed Dec. 1, 2017 (dkt. 21), the Court rejects Plaintiffs' arguments that the Rooker-Feldman doctrine does not apply.

Plaintiffs next argue that the Court should not have dismissed their complaint "with prejudice," because it dismissed the claims on the basis that it lacked subject-matter jurisdiction. This is correct. Frigard v. United States, 862 F.2d 201, 204 (9th Cir. 1988). The dismissal was without prejudice to the Plaintiffs refiling in a court of competent jurisdiction—here, state court. The Court therefore will amend its judgment. However, lest there be any confusion, the dismissal was without leave to amend and was a final, appealable order.

**IT IS SO ORDERED.**

Dated: Jan. 4, 2018

CHARLES R. BREYER
United States District Judge